IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Civil Action No: 3:16-CV-00611

SYNERGY INSURANCE COMPANY,

        Plaintiff,

v.

UNIQUE PERSONNEL CONSULTANTS, INC.,

        Defendant.

## DISCLOSURE OF CORPORATE AFFILIATIONS AND OTHER ENTITIES WITH A DIRECT FINANCIAL INTEREST IN LITIGATION

ONLY ONE FORM NEED BE COMPLETED FOR EACH NONGOVERNMENTAL PARTY EVEN IF THE PARTY IS REPRESENTED BY MORE THAN ONE ATTORNEY. DISCLOSURES MUST BE FILED ON BEHALF OF INDIVIDUAL NONGOVERNMENTAL PARTIES AS WELL AS NONGOVERNMENTAL CORPORATE PARTIES. COUNSEL HAVE A CONTINUING DUTY TO UPDATE THIS INFORMATION. PLEASE FILE AN ORIGINAL AND ONE COPY OF THIS FORM. PLAINTIFF OR MOVING PARTY MUST SERVE THIS ON THE DEFENDANT(S) OR RESPONDENT(S) WHEN INITIAL SERVICES IS MADE.

Synergy Insurance Company   who is Plaintiff  ,
   (Name of party.)                        (Plaintiff/moving party or defendant.)

makes the following disclosure:

1. Is party a publicly held corporation or other publicly held entity?
      ( ) Yes           (X) No

2. Does party have any parent corporations?
      (X) Yes           ( ) No
If yes, identify all parent corporations, including grandparent and great-grandparent corporations: Synergy Holdings, LLC

3. Is 10% or more of the stock of a party owned by a publicly held corporation or other publicly held entity?
      ( ) Yes           (X) No

8947570v1

If yes, identify all such owners:

4. Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation?
   ( ) Yes   (X) No
   If yes, identify entity and nature of interest:

This 10th of August, 2016.

s/ Brian L. Church
Stephen M. Cox
N.C. Bar No. 23057
Brian L. Church
N.C. Bar No. 39581
Email: scox@robinsbradshaw.com
       bchurch@robinsonbradshaw.com

**ROBINSON, BRADSHAW & HINSON, P.A.**
101 North Tryon Street, Suite 1900
Charlotte, NC 28246
(704) 377-2536

*Attorneys for Plaintiff Synergy Insurance Company*