# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## Civil Action No.: 3:16 CV 00611

SYNERGY INSURANCE COMPANY,

    Plaintiff,

v.

UNIQUE PERSONNEL CONSULTANTS, INC.,

    Defendant.

**ORDER**

Having considered a Motion for Admission *Pro Hac Vice* to admit Elliot S. Wiczer, and finding that Elliot S. Wiczer meets the qualifications for *pro hac vice* admission; and, therefore,

IT IS HEREBY ORDERED, that Elliot S. Wiczer be admitted *pro hac vice* to represent Defendant Unique Personnel Consultants, Inc., in association with Stephen B. Williamson of the law firm Van Winkle, Buck, Wall, Starnes and Davis, PA of Asheville, North Carolina.

AND IT IS SO ORDERED.

Signed: February 8, 2017

Graham C. Mullen
United States District Judge