# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# 3:16-cv-611-GCM

| | | |
|---|---|---|
| **SYNERGY INSURANCE COMPANY,** | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| **UNIQUE PERSONNEL** | ) | |
| **CONSULTANTS, INC.,** | ) | |
| Defendant. | ) | |

THIS MATTER IS BEFORE THE COURT ON ITS OWN MOTION.

Due to the pending Motion for Summary Judgment, the trial in this matter is RE-SET for **January 22, 2019** in Courtroom #2-2.

IT IS SO ORDERED.

Signed: August 13, 2018

Graham C. Mullen
United States District Judge