**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
Civil Action No.:  3:16 CV 00611**

| | |
|---|---|
| **SYNERGY INSURANCE COMPANY,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**UNIQUE PERSONNEL CONSULTANTS, INC.,**<br><br>**Defendant.** | **JUDGMENT** |

In accordance with the Court's Order granting Plaintiff Synergy Insurance Company's

Motion for Summary Judgment on its claim for breach of contract against Defendant Unique

Personnel Consultants, Inc., Judgment is hereby entered against Defendant Unique Personnel

Consultants, Inc. in the principal amount of $1,054,920.98 plus accrued pre-judgment interest at

the statutory rate of 8%.

Pre-judgment interest began accruing on amounts due at the time of the separable

breaches and shall be calculated based on the dates of breach noted in the table below:

| Item | Due Date | Amount |
|---|---|---|
| 2015 Policy Premiums | 9/23/2016 | $110,806.00 |
| 2015 Policy Assessments & Fees | 9/23/2016 | $6,629.00 |
| May 2016 Deductibles | 6/15/2016 | $107,998.01 |
| June 2016 Deductibles | 7/15/2016 | 62,851.76 |
| July 2016 Deductibles | 8/15/2016 | 74,056.18 |
| August 2016 Deductibles | 9/15/2016 | 84,217.79 |
| September 2016 Deductibles | 10/15/2016 | 63,854.99 |
| October 2016 Deductibles | 11/15/2016 | 115,934.13 |
| November 2016 Deductibles | 12/15/2016 | 47,386.83 |
| December 2016 Deductibles | 1/15/2017 | 23,624.24 |
| January 2017 Deductibles | 2/15/2017 | 71,695.40 |
| February 2017 Deductibles | 3/15/2017 | 46,634.31 |
| March 2017 Deductibles | 4/15/2017 | 50,200.74 |

| | | |
|---|---|---|
| April 2017 Deductibles | 5/15/2017 | 14,128.21 |
| May 2017 Deductibles | 6/15/2017 | 21,438.01 |
| June 2017 Deductibles | 7/15/2017 | 20,358.39 |
| July 2017 Deductibles | 8/15/2017 | 11,852.63 |
| August 2017 Deductibles | 9/15/2017 | 13,550.76 |
| September 2017 Deductibles | 10/15/2017 | 36,638.95 |
| October 2017 Deductibles | 11/15/2017 | 24,053.12 |
| November 2017 Deductibles | 12/15/2017 | 7,721.59 |
| December 2017 Deductibles | 1/15/2018 | 5,321.48 |
| January 2018 Deductibles | 2/15/2018 | 3,374.35 |
| February 2018 Deductibles | 3/15/2018 | 10,113.20 |
| March 2018 Deductibles | 4/15/2018 | 3,970.53 |
| April 2018 Deductibles | 5/15/2018 | 5,498.65 |
| May 2018 Deductibles | 6/15/2018 | 1,894.00 |
| June 2018 Deductibles | 7/15/2018 | 9,117.73 |
| Total Amount Due | | $1,054,920.98 |

The Court confirms this amount is the Judgment of the Court against Defendant Unique Personnel Consultants, Inc.

SO ORDERED.

Signed: December 4, 2018

Graham C. Mullen
United States District Judge